# DAVID K. BERTAN
**ATTORNEY AT LAW**
**888 GRAND CONCOURSE, SUITE 1N**
**BRONX, NEW YORK 10451**

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

November 17, 2020

**Via ECF**

Hon. Ronnie Abrams, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Application granted. The sentence is adjourned to December 3, 2020 at 3:00 p.m.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> November 18, 2020

    Re: USA v. Edoel Guerrero
         Docket No. l9-Cr-621 (RA)

Dear Judge Abrams:

    I represent Mr. Guerrero. His sentencing is scheduled for Friday, November 20, 2020 at 2:00 PM. I am respectfully requesting an adjournment in order to obtain certain materials from family members that will need translation into English. The Government has no objection to this request. The defense will be available the week of 11/30 – 12/4/2020.

    Accordingly, I am asking that Mr. Guerrero's sentencing be adjourned to a date that week. Thank you for your consideration in this matter.

                                  Very truly yours,
                                       -S-
                                  David K. Bertan, Esq.

cc: AUSA Alexandra Rothman (via e-mail and ECF)