

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

December 1, 2020

*Sent Via ECF*

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: USA v.Edoel Guerrero, et al. 19 Cr. 604*

> Application granted. The sentence is adjourned to January 21, 2021 at 11:30 a.m. Ms. Rosario is substituted as co-signer of the bond.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> December 1, 2020

Dear Judge Abrams:

    Please be advised that undersigned counsel represents Edoel Guerrero with regard to the above-referenced case. A sentencing hearing is scheduled for December 3, 2020, at 3 p.m. We respectfully request an adjournment so that we may continue to gather letters of support from Mr. Guerrero's family and friends, which have been delayed due to the pandemic, as well as prepare a sentencing memorandum for the Court's consideration. If convenient for the Court, we request a date in January 2021, with the exception of January 10-15, 2021. The Government has no objection to the adjournment.

    Additionally, we would request that the Court release the current co-signor, Lizzie Pannigua, and replace with Ashley Rosario. The Government has vetted and approved Ms. Rosario as the substitute co-signor of the bond.

    If you have any questions or concerns, please do not hesitate to contact me. Thank you for your time and consideration.

Very truly yours,

/S/
Jacqueline E. Cistaro
David K. Bertan

cc:    Assistant United States Attorney Alexandra Rothman (*via electronic mail and ECF*)